```
                                        FILED
                                CLERK, U.S. DISTRICT COURT

  Priority   ___
  Send       ___
  Enter      ___
  Closed     ___
  JS-5/JS-6  ___          JAN 24 2008
  JS-2/JS-3  ___
  Scan Only  ___   CENTRAL DISTRICT OF CALIFORNIA
                   BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PAUL CLARK,<br><br>    Petitioner,<br><br>    v.<br><br>KATHY MENDOZA-POWERS, WARDEN,<br><br>    Respondent. | CASE NO. CV 07-958-GAF (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: 1/23/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\CLARK, R 958\Order accep r&r.wpd