Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
JAN 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PAUL CLARK, ) | Case No. CV 07-958-GAF (PJW) |
| ) | |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| KATHY MENDOZA-POWERS, WARDEN, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     1/23/08     .

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\CLARK, R 958\Judgment.wpd